# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS CABRIAL-TURCIOS,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>MARCOS CHARLES, et al.,<br><br>　　　　　　Respondents. | Case No. 2:26-cv-01438-SVW-MBK<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Respondents did not file objections to the Report and Recommendation. The Court accepts the findings and recommendation of the Magistrate Judge.

　　IT IS ORDERED that:

　　(1) Judgment be entered granting the petition for writ of habeas corpus;

　　(2) a writ of habeas corpus be issued requiring immediate release;

　　///

　　///

(3) Respondents are enjoined from removing Petitioner to a third country without notice and opportunity to be heard; and

(4) dismissing this case with prejudice.

Dated: March 4, 2026

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE